UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN T. ARTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.  6:17-CV-03352-RK |
| | ) | |
| ARMSTRONG FLOORING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE OF DEFENDANT'S OBJECTIONS AND ANSWERS TO PLAINTIFF'S INTERROGATORIES

The undersigned hereby certifies that, on February 28, 2018, a true and accurate copy of

Defendant Armstrong Flooring, Inc.'s Objections and Answers to Plaintiff's Interrogatories was

served via electronic mail on counsel for Plaintiff John T. Artz.

Respectfully submitted,

*/s/ Joseph M. Wientge, Jr.*

Joseph M. Wientge, Jr. #57494
jwientge@littler.com
LITTLER MENDELSON, P.C.
One Metropolitan Square
211 North Broadway, Suite 1500
St. Louis, MO  63102
Telephone: 314.659.2000
Facsimile: 314.659.2099

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system to be served by operation of the Court's electronic filing system upon the following:

Kevin J. Dolley #54132
kevin@dolleylaw.com
James Keaney #67173
james.keaney@dolleylaw.com
LAW OFFICES OF KEVIN J. DOLLEY, LLC
2726 S. Brentwood Blvd.
St. Louis, MO 63144

/s/ *Joseph M. Wientge, Jr.*

Firmwide:153141493.1 092785.1005

2