# EXHIBIT A

# [TO BE FILED UNDER SEAL FOLLOWING GRANT OF DEFENDANT'S UNOPPOSED MOTION TO FILE SUMMARY JUDGMENT EXHIBITS UNDER SEAL [ECF #116]]